UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.F. MOLLNO, INC. dba THE PERMIT COMPANY, a California corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL LEHRACK; and ON TIME PERMITS, LLC, a California corporation,<br><br>    Defendants. | CASE NO. CV08-02673 VBF (RCx)<br><br>[PROPOSED] JUDGMENT AGAINST DEFENDANT MICHAEL LEHRACK |

WILDMAN HARROLD
LIMITED LIABILITY PARTNERSHIP
5900 Wilshire Blvd.
Suite 2600
Los Angeles, CA 90036-5013
(323) 951-9681

1911733.2

1

[PROPOSED] JUDGMENT AGAINST
DEFENDANT MICHAEL LEHRACK
CASE NO. CV08-02673 VBF (RCx)

The Court has advised that Plaintiff R.F. Mollno, Inc. dba The Permit Company ("TPC") and Defendant Michael Lehrack ("Lehrack") have entered into a written Settlement Agreement effective October 20, 2008 and has been advised that one of the terms in that Settlement Agreement requires the submission for entry by this Court of this Judgment against Lehrack. Pursuant to the Stipulation by TPC and Lehrack for entry of this judgment against Lehrack, IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1. <u>Federal Rule of Civil Procedure 54(b)</u>. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court finds that although this Judgment relates to fewer than all claims or parties in this action, there is no reason to delay entry of judgment against Lehrack until this action is resolved or finally determined as to defendant On Time Permits, LLC. The Court further finds that it is in the interests of judicial efficiency and promotes the public policy favoring settlement for the Court to direct entry of a final judgment against Lehrack at this time.

2. <u>Permanent Injunction.</u> Lehrack is hereby permanently enjoined from (either directly himself or indirectly through any entities, agents, representatives, designees, or persons acting in concert with him):

(a) using any property or material belonging to TPC, including confidential, proprietary, and trade secret information as well as any source code or software program elements Lehrack wrote for TPC during his employment at TPC (including, but not limited to, TPC's "permit program" and software he developed related to TPC's fax server);

(b) contacting or soliciting any of TPC's customers related to business in the transportation permit industry;

(c) ever performing any work or services (either directly or indirectly, himself, through any company or entity or for any client) in the transportation permit industry or related to transportation permits <u>except</u> that Lehrack may provide services to federal, state, county or local government entities or agencies

WILDMAN HARROLD
LIMITED LIABILITY PARTNERSHIP
5900 Wilshire Blvd.
Suite 2600
Los Angeles, CA 90036-5013
(323) 951-9681

1911733-2    2    [PROPOSED] JUDGMENT AGAINST DEFENDANT MICHAEL LEHRACK
CASE NO. CV08-02673 VBF (RCx)

involved with transportation permits.

3. <u>Dismissal of Claims against Lehrack</u>. Except as provided by the permanent injunction terms in section 2 above, TPC's claims against Lehrack in this Action are dismissed with prejudice (pursuant to the terms of the Settlement Agreement between TPC and Lehrack).

4. <u>Continuing Jurisdiction</u>. This Court shall retain continuing jurisdiction over Lehrack and the subject matter herein to enforce this judgment.

5. <u>Attorney's Fees and Costs</u>. Lehrack shall bear his own attorney's fees and costs incurred in defense of this action. TPC reserves its claim to recover from OTP and/or any other parties (other than Lehrack) attorney's fees and costs incurred in connection with this action.

IT IS SO ORDERED.

Dated: November 18, 2008

*Valerie Baker Fairbank*
HON. VALERIE BAKER FAIRBANK
JUDGE OF THE UNITED STATES
DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

WILDMAN HARROLD
LIMMITED LIABILITY PARTNERSHIP
5900 Wilshire Blvd.
Suite 2600
Los Angeles, CA 90036-5013
(323) 951-9681

1911733-2

3

[PROPOSED] JUDGMENT AGAINST DEFENDANT MICHAEL LEHRACK
CASE NO. CV08-02673 VBF (RCx)